September 17, 2004

Mr. P. Michael Jung
Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, TX 75202-3794

Mr. Stephen D. Susman
Susman Godfrey, L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Mr. Darren Brown
Provost & Umphrey
P.O. Box 4905
Beaumont, TX 77704

RE: Case Number: 01-0652
 Court of Appeals Number: 06-00-00017-CV
 Trial Court Number: A-152,368

Style: HUMBLE SAND & GRAVEL, INC.
 v.
 RAYMOND GOMEZ, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lolita |
| |Ramos |
| |Ms. Linda |
| |Rogers |